UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

       Plaintiff,

v.

JOHN DOE subscriber assigned
IP Address 73.144.46.187,

       Defendant.
_____/

Case No. 19-cv-12255
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

       s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated: October 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2019, by electronic means and/or ordinary mail.

       s/Holly A. Monda
       Case Manager
       (810) 341-9764